## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-22457-CIV-ALTONAGA/Simonton

**DAVID ALDRICH**,

      Plaintiff,

vs.

**CONVE & AVS VEGA MESA, LLC**, *et al*.,

      Defendants.

_____/

## ORDER

      **THIS CAUSE** came before the Court on Plaintiff, David Aldrich's ("Aldrich['s]") Amended Motion for Entry of Consent Judgment ("Amended Motion") [ECF No. 49], filed on July 14, 2013.  The Court has reviewed the Motion and being fully advised, it is

      **ORDERED AND ADJUDGED** as follows:

1.    Aldrich's Amended Motion **[ECF No. 49] is GRANTED**; the Motion for Entry of Consent Judgment **[ECF No. 48] is DENIED** as moot.  Consistent with the terms of the Settlement Agreement & Release [ECF No. 49-1] between the parties, Final Judgment is entered in favor of Aldrich, and against Defendant, Conve & AVS Vega Mesa, LLC ("CAVM"), in the amount of $75,189.88.

2.    All sums awarded shall accrue interest at the statutory rate.

3.    This judgment shall be enforceable in accordance with Federal Rule of Civil Procedure 69(a).

Case No. 12-22457-CIV-ALTONAGA/Simonton

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of July, 2013.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2